Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:      (949) 502-2870

JS-6

*Attorneys for Plaintiff, Network Signatures, Inc.*

Brett J. Williamson
bwilliamson@omm.com
Christopher Whittaker
cwhittaker@omm.com
Marc Matthew Breverman
mbreverman@omm.com
O'Melveny & Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
Telephone:      (949) 823-6934

*Attorneys for Defendant, Staples, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Network Signatures, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Staples, Inc.,<br><br>    Defendant. | Case No. 8:11-cv-01205-CJC-MLG<br><br>**ORDER RE DISMISSAL** |

**ORDER**

# [ORDER

Plaintiff Network Signatures, Inc. and Defendant Staples, Inc.'s Joint Stipulation to dismiss this action in its entirety, WITHOUT prejudice, with each side to bear its own costs, fees, and expenses, is hereby granted.

IT IS SO ORDERED.

Dated:   July 13, 2012

_____
Honorable Cormac J. Carney